IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

ARIEL DINES,

    Plaintiff

v.                                                                         C.A. No.: 4:21-cv-803-O

RUDRA LODGING, LP,
and VIJAY PATEL,

    Defendants.
_____/

## NOTICE OF DISMISSAL, WITH PREJUDICE

Plaintiff, ARIEL DINES, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of the dismissal of this matter, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2021, true and correct copy of the foregoing was served via electronic the Court's CM/ECF Electronic Filing System, which will send an electronic copy to all counsel of record.

*/s/ Charles L. Scalise*
**CHARLES L. SCALISE**
Texas Bar No. 24064621
**ROSS • SCALISE LAW GROUP**
Texas Bar No. 00789810
1104 San Antonio St.
Austin, Texas 78701
Ph:    800-634-8042
Ph:    512-474-7677
Fax:   512-474-5306
charles@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFFS**